

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Southern District of California

FILED
2008 FEB -4 PM 4:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
KNIX
DEPUTY

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

V.

INFORMATICS, INC., a Texas Corporation; and DOES 1 – 100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 cv 0134

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Rd., Suite 200
San Diego, CA 92121
858-362-3151

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                           FEB 04 2008

CLERK            K. HAMMERLY                     DATE



(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com