AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

V.

INFORMATICS, INC., a Texas Corporation; INFORMATICS HOLDINGS, INC., a Delaware Corporation; DATALOGIC SCANNING, INC., a Delaware Corporation; DATALOGIC SCANNING HOLDINGS, INC., a New York Corporation.

**FILED 08 MAR 17 PM 2:53**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**CORRECTED FIRST AMENDED SUMMONS IN A CIVIL ACTION**

CP    DEPUTY

CASE NUMBER: 08cv134 BTM CAB

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Rd., Suite 200
San Diego, CA 92121
858-362-3151

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                                    MAR 17 2008

_____                         _____
CLERK                                                     DATE

C. PUTMANN
_____
(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com