James H. Shalek (82800)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
JShalek@proskauer.com

Jonathan E. Rich (187386)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax. (310) 557-2193
JRich@proskauer.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>INFORMATICS, INC. a Texas Corporation; INFORMATICS HOLDINGS, INC., a Delaware Corporation; DATALOGIC SCANNING, INC., a Delaware Corporation; DATALOGIC SCANNING HOLDINGS, INC., a New York Corporation.<br><br>Defendants. | Case No. 08 cv 134 BTM CAB<br><br>**STIPULATION**<br>**FOR EXTENSION OF TIME TO**<br>**RESPOND TO THE COMPLAINT** |

IT IS STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that the time in which defendants shall answer, move, or otherwise respond to the Complaint is extended from April 12, 2008 to, and including, May 12, 2008.

| | |
|---|---|
| *[signature]* | *[signature]* |
| J. Michael Kaler (158296) | James H. Shalek (82800) |
| KALER LAW OFFICES | Proskauer Rose LLP |
| 9930 Mesa Rim Road, Suite 200 | 1585 Broadway |
| San Diego, California 92121 | New York, NY 10036-8299 |
| (858) 362-3151 | Tel. (212) 969-3000 / Fax (212) 969-2900 |
| Michael@kalerlaw.com | JShalek@proskauer.com |
| | |
| Melody A. Kramer (169984) | Jonathan E. Rich (187386) |
| KRAMER LAW OFFICE, INC. | Proskauer Rose LLP |
| 9930 Mesa Rim Road, Suite 1600 | 2049 Century Park East, 32nd Floor |
| San Diego, California 92121 | Los Angeles, California 90067-3206 |
| (858) 362-3150 | Tel. (310) 557-2900 / Fax. (310) 557-2193 |
| mak@kramerlawip.com | JRich@proskauer.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |