1 James H. Shalek (82800)
PROSKAUER ROSE LLP
2 1585 Broadway
New York, NY 10036-8299
3 Tel. (212) 969-3000
Fax (212) 969-2900
4 JShalek@proskauer.com

5 Jonathan E. Rich (187386)
PROSKAUER ROSE LLP
6 2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
7 Tel. (310) 557-2900
Fax. (310) 557-2193
8 JRich@proskauer.com

9 Attorneys for All Defendants

10

11

12

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13 JENS ERIK SORENSEN, as Trustee of      )
SORENSEN RESEARCH AND                    )
14 DEVELOPMENT TRUST,                     )
                                         )     Case No. 08 cv 134 BTM CAB
15                                        )
                     Plaintiff,          )
16                                       )     NOTICE OF APPEARANCE
                                         )     OF JAMES H. SHALEK AS
17        v.                             )     LEAD COUNSEL FOR ALL
                                         )     DEFENDANTS
18 INFORMATICS, INC., a Texas            )
Corporation; INFORMATICS                 )
19 HOLDINGS, INC., a Delaware            )
Corporation; DATALOGIC SCANNING,         )
20 INC., a Delaware Corporation;         )
DATALOGIC SCANNING HOLDINGS,             )
21 INC.,  a NEW YORK CORPORATION.        )
22                                       )
                                         )
23                     Defendants.       )

24

25

26

27

28

NOTICE OF APPEARANCE OF JAMES H. SHALEK
AS LEAD COUNSEL FOR ALL DEFENDANTS
Case No. 08cv134 BTM CAB

1  TO THE CLERK OF COURT AND TO ALL PARTIES:

2        PLEASE TAKE NOTICE that James H. Shalek herewith appears as Lead

3  Counsel for all Defendants.

4

5  DATED:                              Respectfully Submitted,

6

7                                      /s/ James H. Shalek

8                                      James H. Shalek (82800)
                                       PROSKAUER ROSE LLP
9                                      1585 Broadway
                                       New York, NY  10036-8299
10                                     Tel. (212) 969-3000 / Fax (212) 969-2900
                                       JShalek@proskauer.com
11

12                                     Jonathan E. Rich (187386)
                                       PROSKAUER ROSE LLP
13                                     2049 Century Park East, 32nd Floor
                                       Los Angeles, California 90067-3206
                                       Tel. (310) 557-2900 / Fax. (310) 557-2193
14                                     JRich@proskauer.com

15                                     Attorneys for All Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK

     I declare that: I am employed in the county of New York, New York.  I am over the age of eighteen years and not a party to the within cause; my business address is 1585 Broadway, New York, NY 10036-8299.

     On April 30, 2008, I served the forgoing document, described as NOTICE OF APPEARANCE OF JAMES H. SHALEK AS LEAD COUNSEL FOR ALL DEFENDANTS on the interested parties in this action by transmitting *via* United States District Court for the Southern District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above-listed documents on this date, addressed as set for on the attached Service List.

     Executed on April 30, 2008 at New York, New York.

                         _/s/ James H. Shalek_____

**NOTICE OF APPEARANCE OF JAMES H. SHALEK
AS LEAD COUNSEL FOR ALL DEFENDANTS
Case No. 08cv134 BTM CAB**

1

## SERVICE LIST

2

3

| | |
|---|---|
| Mr. James Michael Kaler<br>Email: Michael@kalerlaw.com<br>Law Offices of James M. Kaler<br>9930 Mesa Rim Road, Suite 200<br>San Diego, CA 92121<br>Telephone: (858) 326-3151<br>Facsimile: (858) 824-9073 | Melody A. Kramer<br>Email: mak@kramerlawip.com<br>Kramer Law Office<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, California 92121<br>Telephone: (858) 362-3150<br>Facsimile: (858) 225-0874 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**NOTICE OF APPEARANCE OF JAMES H. SHALEK**
**AS LEAD COUNSEL FOR ALL DEFENDANTS**
**Case No. 08cv134 BTM CAB**