1  James H. Shalek (82800)
   PROSKAUER ROSE LLP
2  1585 Broadway
   New York, NY 10036-8299
3  Tel. (212) 969-3000
   Fax (212) 969-2900
4  JShalek@proskauer.com

5  Jonathan E. Rich (187386)
   PROSKAUER ROSE LLP
6  2049 Century Park East, 32nd Floor
   Los Angeles, California 90067-3206
7  Tel. (310) 557-2900
   Fax. (310) 557-2193
8  JRich@proskauer.com

9  Attorneys for All Defendants

10
                    UNITED STATES DISTRICT COURT
11
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
12

13 JENS ERIK SORENSEN, as Trustee of    )
   SORENSEN RESEARCH AND                )
14 DEVELOPMENT TRUST,                   )
                                        )   Case No. 08 cv 134 BTM CAB
15                                      )
                       Plaintiff,       )
16                                      )   NOTICE OF APPEARANCE
                                        )   OF JAMES H. SHALEK AS
17         v.                           )   LEAD COUNSEL FOR ALL
                                        )   DEFENDANTS
18 INFORMATICS, INC., a Texas           )
   Corporation; INFORMATICS             )
19 HOLDINGS, INC., a Delaware           )
                                        )
20 Corporation; DATALOGIC SCANNING,     )
   INC., a Delaware Corporation;        )
21 DATALOGIC SCANNING HOLDINGS,         )
22 INC., a NEW YORK CORPORATION.        )
                                        )
23                                      )
                       Defendants.      )
24
25
26
27
28

---

NOTICE OF APPEARANCE OF JAMES H. SHALEK
AS LEAD COUNSEL FOR ALL DEFENDANTS
Case No. 08cv134 BTM CAB

1  TO THE CLERK OF COURT AND TO ALL PARTIES:

2      PLEASE TAKE NOTICE that James H. Shalek herewith appears as Lead
3  Counsel for all Defendants.

4  
5  DATED:                                Respectfully Submitted,

6  
7  
         /s/ James H. Shalek

8  James H. Shalek (82800)
   PROSKAUER ROSE LLP
9  1585 Broadway
   New York, NY  10036-8299
10 Tel. (212) 969-3000 / Fax (212) 969-2900
   JShalek@proskauer.com
11 
   Jonathan E. Rich (187386)
12 PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
13 Los Angeles, California 90067-3206
   Tel. (310) 557-2900 / Fax. (310) 557-2193
14 JRich@proskauer.com

15 Attorneys for All Defendants

16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

---
1

**NOTICE OF APPEARANCE OF JAMES H. SHALEK**
**AS LEAD COUNSEL FOR ALL DEFENDANTS**
Case No. 08cv134 BTM CAB

# PROOF OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK

    I declare that: I am employed in the county of New York, New York. I am over the age of eighteen years and not a party to the within cause; my business address is 1585 Broadway, New York, NY 10036-8299.

    On April 30, 2008, I served the forgoing document, described as NOTICE OF APPEARANCE OF JAMES H. SHALEK AS LEAD COUNSEL FOR ALL DEFENDANTS on the interested parties in this action by transmitting *via* United States District Court for the Southern District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above-listed documents on this date, addressed as set for on the attached Service List.

    Executed on April 30, 2008 at New York, New York.

                                                                /s/ James H. Shalek

SERVICE LIST

| Mr. James Michael Kaler<br>Email: Michael@kalerlaw.com<br>Law Offices of James M. Kaler<br>9930 Mesa Rim Road, Suite 200<br>San Diego, CA 92121<br>Telephone: (858) 326-3151<br>Facsimile: (858) 824-9073 | Melody A. Kramer<br>Email: mak@kramerlawip.com<br>Kramer Law Office<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, California 92121<br>Telephone: (858) 362-3150<br>Facsimile: (858) 225-0874 |
|---|---|