James H. Shalek (82800)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
JShalek@proskauer.com

Jonathan E. Rich (187386)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax. (310) 557-2193
JRich@proskauer.com

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INFORMATICS, INC., a Texas Corporation; INFORMATICS HOLDINGS, INC., a Delaware Corporation; DATALOGIC SCANNING, INC., a Delaware Corporation; DATALOGIC SCANNING HOLDINGS, INC., a NEW YORK CORPORATION.<br><br>　　　　Defendants. | Case No. 08 cv 134 BTM CAB<br><br>NOTICE OF APPEARANCE OF JAMES H. SHALEK AS LEAD COUNSEL FOR ALL DEFENDANTS |

TO THE CLERK OF COURT AND TO ALL PARTIES:

    PLEASE TAKE NOTICE that James H. Shalek herewith appears as Lead Counsel for all Defendants.

DATED:                    Respectfully Submitted,

                        /s/ James H. Shalek

James H. Shalek (82800)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000 / Fax (212) 969-2900
JShalek@proskauer.com

Jonathan E. Rich (187386)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900 / Fax. (310) 557-2193
JRich@proskauer.com

Attorneys for All Defendants

---

1

NOTICE OF APPEARANCE OF JAMES H. SHALEK
AS LEAD COUNSEL FOR ALL DEFENDANTS
Case No. 08cv134 BTM CAB

# PROOF OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK

     I declare that: I am employed in the county of New York, New York. I am over the age of eighteen years and not a party to the within cause; my business address is 1585 Broadway, New York, NY 10036-8299.

     On April 30, 2008, I served the forgoing document, described as NOTICE OF APPEARANCE OF JAMES H. SHALEK AS LEAD COUNSEL FOR ALL DEFENDANTS on the interested parties in this action by transmitting *via* United States District Court for the Southern District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above-listed documents on this date, addressed as set for on the attached Service List.

     Executed on April 30, 2008 at New York, New York.

                                                     /s/ James H. Shalek

## SERVICE LIST

| Mr. James Michael Kaler<br>Email: Michael@kalerlaw.com<br>Law Offices of James M. Kaler<br>9930 Mesa Rim Road, Suite 200<br>San Diego, CA 92121<br>Telephone: (858) 326-3151<br>Facsimile: (858) 824-9073 | Melody A. Kramer<br>Email: mak@kramerlawip.com<br>Kramer Law Office<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, California 92121<br>Telephone: (858) 362-3150<br>Facsimile: (858) 225-0874 |
|---|---|