PROSKAUER ROSE LLP

James H. Shalek (82800)
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
JShalek@proskauer.com

Jonathan E. Rich (187386)
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax. (310) 557-2193
JRich@proskauer.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>INFORMATICS, INC. a Texas Corporation; INFORMATICS HOLDINGS, INC., a Delaware Corporation; DATALOGIC SCANNING, INC., a Delaware Corporation; DATALOGIC SCANNING HOLDINGS, INC., a New York Corporation.<br><br>Defendants. | Case No. 08 cv 0134 BTM CAB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY THE LITIGATION PENDING THE OUTCOME OF REEXAMINATION PROCEEDINGS AND MOTION FOR COSTS AND ATTORNEY'S FEES; DECLARATION OF JAMES H. SHALEK**<br><br>Date: June 6, 2008<br>Time: 11:00 a.m.<br>Courtroom 15-5th Floor<br>The Hon. Barry T. Moskowitz<br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT* |

NOTICE IS HEREBY GIVEN that Defendants move for a stay of the above-captioned proceeding pending the United States Patent & Trademark Office's reexaminations of U.S. Patent

4967/57804-020
Current/11079781v

08 cv 0134 BTM CAB

No. 4,935,184 and moves the Court to award its costs and attorney's fees for making this motion. Defendants' reasons are set forth in the accompanying memorandum of points and authorities in support of the motion.

DATED this 1st of May, 2008          Respectfully submitted,

By: /s/ Jonathan E. Rich

James H. Shalek (82800)
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
JShalek@proskauer.com

Jonathan E. Rich (187386)
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax. (310) 557-2193
JRich@proskauer.com

Attorneys for DEFENDANTS

# CERTIFICATE OF SERVICE

I hereby certify that copies of DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY THE LITIGATION AND MOTION FOR COSTS AND ATTORNEYS' FEES and the DECLARATION OF JAMES H. SHALEK IN SUPPORT OF DEFENDANTS' MOTION TO STAY THE LITIGATION AND FOR COSTS AND ATTORNEYS' FEES were on this date served on all counsel of record by the CM/ECF system of this Court through the generation of a "Notice of Electronic Filing" sent to their last known addresses as follows:

James Michael Kaler
E-mail: Michael@kalerlaw.com
Law Offices of James M. Kaler
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone: (858) 326-3151
Facsimile: (858) 824-9073

Melody A. Kramer
E-mail: mak@kramerlawip.com
Kramer Law Office
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone: (858) 362-3150
Facsimile: (858) 225-0874

in New York, New York on this day, May 1, 2008.

                                 By: /s/___Jonathan E. Rich_____
                                            Jonathan E. Rich (187386)
                                            2049 Century Park East, 32nd Floor
                                            Los Angeles, California 90067-3206
                                            Tel. (310) 557-2900
                                            Fax. (310) 557-2193
                                            JRich@proskauer.com

                                            Attorneys for DEFENDANTS