PROSKAUER ROSE LLP

James H. Shalek (82800)
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
JShalek@proskauer.com

Jonathan E. Rich (187386)
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax. (310) 557-2193
JRich@proskauer.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>INFORMATICS, INC. a Texas Corporation; INFORMATICS HOLDINGS, INC., a Delaware Corporation; DATALOGIC SCANNING, INC., a Delaware Corporation; DATALOGIC SCANNING HOLDINGS, INC., a New York Corporation.<br><br>Defendants. | Case No. 08 cv 0134 BTM CAB<br><br>**DECLARATION OF JAMES H. SHALEK IN SUPPORT OF DEFENDANTS' MOTION TO STAY THE LITIGATION AND FOR ATTORNEY'S FEES AND COSTS** |

I, James H. Shalek, declare as follows:

1.  I am a member of the bar of the State of California, and have been admitted to the Southern District of California. I am a member of the law firm Proskauer Rose L.L.P., 1585 Broadway, New York, New York 10036, counsel for Defendants.

2.   Attached hereto as Exhibit 1 is a true and correct copy of the Amended Notice of Motion and Motion to Stay the Litigation and Motion for Costs and Attorneys' Fees filed by defendant Motorola on April 10, 2008, in the related *Sorensen v. Motorola, et al.* 3:08-cv-00136 BTM-CAB matter.

3.   Attached hereto as Exhibit 2 is a true and correct copy of the Memorandum of Points and Authorities in Support of Its Motion to Stay the Litigation Pending the Outcome of Reexamination Proceedings and Its Motion for Costs and Attorneys' Fees, filed by defendant Motorola on April 9, 2008, in the related *Sorensen v. Motorola, et al.* 3:08-cv-00136 BTM-CAB matter.

4.   Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Eric J. Lobenfeld in Support of Motorola, Inc.'s Motion to Stay the Litigation and for Costs and Attorneys' Fees filed by defendant Motorola on April 9, 2008, in the related *Sorensen v. Motorola, et al.* 3:08-cv-00136 BTM-CAB matter (w/o Exhibits).

5.   Attached hereto as Exhibit 4 is a true and correct copy of the correspondence between Defendants and Plaintiff Jens Erick Sorensen as Trustee of Sorensen Research and Development Trust ("Sorensen"), through their respective counsel, reflecting Defendants efforts to reach an agreement with Sorensen regarding a stay of this litigation.

I declare under penalty of perjury that the foregoing it true and correct. Executed this 1st day of May 2008, New York, New York.

By:/s/ James H. Shalek

James H. Shalek (82800)
1585 Broadway
New York, NY  10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
JShalek@proskauer.com

Attorney for DEFENDANTS