Table of Exhibits

| | |
|---|---|
| Exhibit 1 – P. 4 | Amended Notice of Motion and Motion to Stay the Litigation and Motion for Costs and Attorneys' Fees filed by defendant Motorola on April 10, 2008, in the related *Sorensen v. Motorola, et al.* 3:08-cv-00136 BTM-CAB matter |
| Exhibit 2 – P. 8 | Memorandum of Points and Authorities in Support of Its Motion to Stay the Litigation Pending the Outcome of Reexamination Proceedings and Its Motion for Costs and Attorneys' Fees, filed by defendant Motorola on April 9, 2008, in the related *Sorensen v. Motorola, et al.* 3:08-cv-00136 BTM-CAB matter |
| Exhibit 3 – P. 15 | Declaration of Eric J. Lobenfeld in Support of Motorola, Inc.'s Motion to Stay the Litigation and for Costs and Attorneys' Fees filed by defendant Motorola on April 9, 2008, in the related *Sorensen v. Motorola, et al.* 3:08-cv-00136 BTM-CAB matter (w/o Exhibits) |
| Exhibit 4 – P. 20 | Correspondence between Defendants and Plaintiff Jens Erick Sorensen as Trustee of Sorensen Research and Development Trust ("Sorensen"), through their respective counsel, reflecting Defendants efforts to reach an agreement with Sorensen regarding a stay of this litigation |

# Exhibit 1

1  HOGAN & HARTSON L.L.P.
2  RACHEL M. CAPOCCIA, SBN 187160
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, California 90067
   Telephone: (310) 785-4600
4  Facsimile: (310) 785-4601
   rmcapoccia@hhlaw.com
5
   ERIC J. LOBENFELD, *admitted pro hac vice*
6  875 Third Avenue
   New York, New York 10022
7  Telephone: (212) 918-3000
   Facsimile: (212) 918-3100
8  ejlobenfeld@hhlaw.com
9  Attorneys for Defendant MOTOROLA, INC.
10
               UNITED STATES DISTRICT COURT
11
          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
12

JENS ERIK SORENSEN, as Trustee of       )   Case No.: 08-cv-0136-BTM-CAB
SORENSEN RESEARCH AND                   )
DEVELOPMENT TRUST,                      )
                                        )
              Plaintiff,                )   AMENDED NOTICE OF MOTION
                                        )   AND MOTOROLA, INC.'S MOTION
       v.                               )   TO STAY THE LITIGATION
                                        )   PENDING THE OUTCOME OF
MOTOROLA, INC., a Delaware              )   REEXAMINATION PROCEEDINGS
corporation; and DOES 1-100,            )   AND ITS MOTION FOR COSTS
                                        )   AND ATTORNEYS' FEES
              Defendants                )
                                        )   Date: May 30, 2008
                                        )   Time: 11:00 a.m.
                                        )   Courtroom: 15, 5th Floor
                                        )   Hon. Barry Ted Moskowitz
                                        )
                                        )   NO ORAL ARGUMENT UNLESS
                                        )   REQUESTED BY THE COURT

NOTICE IS HEREBY GIVEN that Defendant Motorola, Inc. moves for a stay of the above-captioned proceeding pending the United States Patent & Trademark Office's reexaminations of U.S. Patent No. 4,935,184 and moves the Court to award its costs and

1    Case No.: 08-cv-0136-BTM-CAB

attorneys' fees for making this motion. Motorola, Inc.'s reasons are set forth in the accompanying memorandum of points and authorities in support of the motion.

Dated: April 10, 2008

Respectfully submitted,

HOGAN & HARTSON LLP

By: /S/ _____

RACHEL M. CAPOCCIA, SBN 187160
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
rmcapoccia@hhlaw.com

ERIC J. LOBENFELD, *admitted pro hac vice*
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ejlobenfeld@hhlaw.com

Attorneys for Defendant MOTOROLA, INC.

2   Case No.: 08-cv-0136-BTM-CAB

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Defendant Motorola Inc.'s AMENDED NOTICE OF MOTION TO STAY THE LITIGATION PENDING THE OUTCOME OF REEXAMINATION PROCEEDINGS AND ITS MOTION FOR COSTS AND ATTORNEYS' FEES, was on this date served on all counsel of record by the CM/ECF system of this Court through the generation of a "Notice of Electronic Filing" sent to their last known addresses as follows:

| | |
|---|---|
| Mr. James Michael Kaler<br>E-mail: Michael@kalerlaw.com<br>Law Offices of James M. Kaler<br>9930 Mesa Rim Road, Suite 200<br>San Diego, California 92121<br>Telephone: (858) 326-3151<br>Facsimile: (858) 824-9073 | Melody A. Kramer<br>E-mail: mak@kramerlawip.com<br>Kramer Law Office<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, California 92121<br>Telephone: (858) 362-3150<br>Facsimile: (858) 225-0874 |

in New York, New York, on this day, April 10, 2008.

ERIC J. LOBENFELD, *admitted pro hac vice*
Attorneys for Defendant MOTOROLA, INC.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ejlobenfeld@hhlaw.com

3   Case No.: 08-cv-0136-BTM-CAB