James H. Shalek (82800)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
JShalek@proskauer.com

Jonathan E. Rich (187386)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax. (310) 557-2193
JRich@proskauer.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>           Plaintiff,<br><br>    v.<br><br>INFORMATICS, INC. a Texas Corporation; INFORMATICS HOLDINGS, INC., a Delaware Corporation; DATALOGIC SCANNING, INC., a Delaware Corporation; DATALOGIC SCANNING HOLDINGS, INC., a New York Corporation.<br><br>           Defendants. | Case No. 08 cv 0134 BTM CAB<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**[Fed. R. Civ. P. 7.1; CivLR 40.2]** |

      Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 40.2, Defendant Datalogic Scanning, Inc. hereby states that the parent company of Defendant Datalogic Scanning, Inc. is Defendant

08 cv 0134 BTM CAB

Datalogic Scanning Holding, Inc., and that Defendant Datalogic Scanning Holding, Inc. owns 100% of the stock of Defendant Datalogic Scanning, Inc.  Datalogic Scanning Group S.r.l., an Italian limited liability company, in turn owns 100% of the stock of Defendant Datalogic Scanning Holding, Inc., and Datalogic S.p.A, an Italian limited share company, in turn owns Datalogic Scanning Group S.r.l.

Defendant Informatics Holdings, Inc. hereby states that the parent company of Defendant Informatics Holdings, Inc. is Datalogic S.p.A, an Italian limited share company, and that Datalogic S.p.A owns more than 10% of the stock of Defendant Informatics Holdings, Inc.

Dated:  May 12, 2008                                   Respectfully submitted,

By:/s/  Jonathan E. Rich_____

James H. Shalek (82800)
1585 Broadway
New York, NY  10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
JShalek@proskauer.com

Jonathan E. Rich (187386)
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax. (310) 557-2193
JRich@proskauer.com

Attorneys for DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that copies of DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST were on this date served on all counsel of record by the CM/ECF system of this Court through the generation of a "Notice of Electronic Filing" sent to their last known addresses as follows:

James Michael Kaler
E-mail: Michael@kalerlaw.com
Law Offices of James M. Kaler
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone: (858) 326-3151
Facsimile: (858) 824-9073

Melody A. Kramer
E-mail: mak@kramerlawip.com
Kramer Law Office
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone: (858) 362-3150
Facsimile: (858) 225-0874

in Los Angeles, California on this day, May 12, 2008.

By:	/s/___Jonathan E. Rich_____
Jonathan E. Rich (187386)
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax. (310) 557-2193
JRich@proskauer.com

Attorneys for DEFENDANTS