1  J. MICHAEL KALER, SBN 158296
2  9930 Mesa Rim Road, Suite 200
   San Diego, California 92121
3  Telephone (858) 362-3151
4  Email: michael@kalerlaw.com

5  MELODY A. KRAMER, SBN 169984
6  9930 Mesa Rim Road, Suite 1600
   San Diego, California 92121
7  Telephone (858) 362-3150
8  Email: mak@kramerlawip.com

9  Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
10 DEVELOPMENT TRUST

11
                UNITED STATES DISTRICT COURT
12
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
13

14 | JENS ERIK SORENSEN, as Trustee of     ) Case No. 08 CV 134 BTM CAB
15 | SORENSEN RESEARCH AND                 )
   | DEVELOPMENT TRUST,                    ) **REQUEST FOR JUDICIAL NOTICE**
16 |                                       ) **IN SUPPORT OF OPPOSITION TO**
17 |                 Plaintiff,            ) **DEFENDANTS' MOTION TO STAY**
   |     v.                                ) **PENDING OUTCOME OF**
18 |                                       ) **REEXAMINATION PROCEEDINGS**
19 |                                       )
   | INFORMATICS, INC., a Texas            ) Date: June 6, 2008
20 | Corporation; INFORMATICS              ) Time: 11:00 a.m.
21 | HOLDINGS, INC., a Delaware            ) Courtroom 15 – 5th Floor
   | Corporation; DATALOGIC SCANNING,      ) The Hon. Barry T. Moskowitz
22 | INC., a Delaware Corporation;         )
23 | DATALOGIC SCANNING HOLDINGS,          ) *NO ORAL ARGUMENT*
   | INC., a New York Corporation; and     ) *UNLESS REQUESTED BY THE COURT*
24 | DOES 1 – 100,                         )
25 |                                       )
26 |                                       )
27 |_____)
28

1  PLAINTIFF Jen Erik Sorensen, as Trustee of Sorensen Research and
2  Development Trust ("SRDT") respectfully requests the Court to take judicial notice
3  of the following documents in support of Plaintiff's Opposition to Defendant's
4  Motion to Stay:
5      1.  *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #180, Exhibit
6  B; and
7      2.  *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #243.
8      Courtesy copies are attached hereto.

10  DATED this Friday, May 09, 2008.

11                          JENS ERIK SORENSEN, as Trustee of
12                          SORENSEN RESEARCH AND DEVELOPMENT
13                          TRUST, Plaintiff

14                          /s/ Melody A. Kramer
15                          Melody A. Kramer, Esq.
16                          Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28