James H. Shalek (82800)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
JShalek@proskauer.com

Jonathan E. Rich (187386)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax. (310) 557-2193
JRich@proskauer.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>INFORMATICS, INC. a Texas Corporation; INFORMATICS HOLDINGS, INC., a Delaware Corporation; DATALOGIC SCANNING, INC., a Delaware Corporation; DATALOGIC SCANNING HOLDINGS, INC., a New York Corporation.<br><br>Defendants. | Case No. 08 cv 0134 BTM CAB<br><br>**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY THE LITIGATION AND FOR ATTORNEY'S FEES AND COSTS**<br><br>Date: June 6, 2008<br>Time: 11:00 a.m.<br>Courtroom 15-5th Floor<br>The Hon. Barry T. Moskowitz<br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT* |

Defendants hereby reply to Plaintiff's Opposition to Defendants' Motion to Stay the Litigation and for Attorney's Fees and Costs ("Plaintiff's Opposition"). Plaintiff's Opposition is almost word for word identical to the Opposition brief it filed on April 24, 2008 in the related *Sorensen v. Motorola, et al.* 3:08-cv-00136 BTM-CAB matter. *See* Opposition to Defendant's Motion to Stay Pending Outcome of Reexamination Proceedings ("Motorola Opposition"), Ex. 1.[1] This Court has already rejected all of the arguments Plaintiff made in the Motorola Opposition and found that a stay was proper pending the outcome of two reexaminations before the United States Patent and Trademark Office ("PTO") of the only asserted patent in this case. *See* Order Granting Defendants' Motion For Stay Pending Reexamination, dated April 25, 2008 ("Order"), Ex. 2.

Consistent with this Court's prior decisions to enter stays in five related cases, the Order concluded that entering a stay in 13 additional related cases was appropriate because "the litigation is in its early stages, Plaintiff has not established undue prejudice, and the reexamination will simplify issues for the Court and save expense for the parties." *Id.* As Plaintiff's Opposition is identical to its previously rejected Motorola Opposition, it presents no additional facts establishing undue prejudice or any other reason meriting a departure from the Court's prior rulings in 18 related matters.

Accordingly, this case should be stayed pending the outcome of the reexaminations and the Court should award Defendants their costs and attorneys' fees for this motion. Sorensen needlessly forced the Court to decide an issue that it has already decided in 18 different cases

///

///

---

[1] Unless otherwise indicated, all references to "Ex. __" refer to the ordered exhibits attached to the Declaration of James H. Shalek in Support of Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Stay ("Dec. of Shalek"), sworn to May 22, 2008.

1  without any good faith reason to believe a different result would be reached this time.

2

3  DATED this 22nd day May, 2008                Respectfully submitted,

4
                                                By:/s/   Jonathan E. Rich
5

6                                               Jonathan E. Rich (187386)
                                                PROSKAUER ROSE LLP
7                                               2049 Century Park East, 32nd Floor
                                                Los Angeles, California 90067-3206
8                                               Tel. (310) 557-2900
                                                Fax. (310) 557-2193
9                                               JRich@proskauer.com

10
                                                James H. Shalek (82800)
11                                              PROSKAUER ROSE LLP
                                                1585 Broadway
12                                              New York, NY  10036-8299
                                                Tel. (212) 969-3000
13                                              Fax (212) 969-2900
                                                JShalek@proskauer.com
14

15                                              Attorneys for DEFENDANTS

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that copies of DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY THE LITIGATION AND FOR ATTORNEY'S FEES AND COSTS, and THE DECLARATION OF JAMES H. SHALEK IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY THE LITIGATION AND FOR ATTORNEY'S FEES AND COSTS were on this date served on all counsel of record by the CM/ECF system of this Court through the generation of a "Notice of Electronic Filing" sent to their last known addresses as follows:

James Michael Kaler
E-mail: Michael@kalerlaw.com
Law Offices of James M. Kaler
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone: (858) 326-3151
Facsimile: (858) 824-9073

Melody A. Kramer
E-mail: mak@kramerlawip.com
Kramer Law Office
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone: (858) 362-3150
Facsimile: (858) 225-0874

in New York, New York on this day, May 22, 2008.

By: __/s/__ Jonathan E. Rich_____
Jonathan E. Rich (187386)
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax. (310) 557-2193
JRich@proskauer.com

Attorneys for DEFENDANTS