James H. Shalek (82800)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
JShalek@proskauer.com

Jonathan E. Rich (187386)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax. (310) 557-2193
JRich@proskauer.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>INFORMATICS, INC. a Texas Corporation; INFORMATICS HOLDINGS, INC., a Delaware Corporation; DATALOGIC SCANNING, INC., a Delaware Corporation; DATALOGIC SCANNING HOLDINGS, INC., a New York Corporation.<br><br>Defendants. | Case No. 08 cv 0134 BTM CAB<br><br>**DECLARATION OF JAMES H. SHALEK IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY THE LITIGATION AND FOR ATTORNEY'S FEES AND COSTS** |

I, James H. Shalek, declare as follows:

1. I am a member of the bar of the State of California, and have been admitted to the Southern District of California. I am a member of the law firm Proskauer Rose L.L.P., 1585 Broadway, New York, New York 10036, counsel for Defendants.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Opposition to Defendants' Motion to Stay Pending Outcome of Reexamination Proceedings, filed on April 24, 2008, in the related *Sorensen v. Motorola, et al.* 3:08-cv-00136 BTM-CAB matter pending before this Court.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Order Granting Defendants' Motion For Stay Pending Patent Reexamination, dated April 25, 2008, entered by this Court in 13 related cases pending before it, including the *Sorensen v. Motorola, et al.* 3:08-cv-00136 BTM-CAB matter.

I declare under penalty of perjury that the foregoing it true and correct. Executed this 22nd day of May 2008, New York, New York.

By: /s/ James H. Shalek

James H. Shalek (82800)
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
JShalek@proskauer.com

Attorney for DEFENDANTS