MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　　Plaintiff<br>　　v.<br><br>INFORMATICS, INC., a Texas Corporation; INFORMATICS HOLDINGS, INC., a Delaware Corporation; DATALOGIC SCANNING, INC., a Delaware Corporation; DATALOGIC SCANNING HOLDINGS, INC., a New York Corporation; and DOES 1 – 100,<br><br>　　　　　　　Defendants.<br>_____<br>and related counterclaims.<br>_____ | Case No. 08 CV 134 BTM CAB<br><br>**PLAINTIFF'S REPLY TO COUNTERCLAIMS** |

Plaintiff/Counterdefendant Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust ("SRDT"), hereby respectfully replies to the specific numbered paragraphs identified of the Counterclaims of Defendants/Counterclaimants Informatics Holdings, Inc.; Datalogic Scanning, Inc.; Datalogic Scanning Holdings, Inc., (collectively, "Defendants") as follows:

## PARTIES

41. Upon current information and belief, admit.

42. Upon current information and belief, admit.

43. Upon current information and belief, admit.

44. Admit.

## JURISDICTION AND VENUE

45. Admit that the allegations of the Counterclaims arise from the cited statutes, and deny that Counterclaimant has any meritorious claims.

46. Admit.

47. Admit.

## COUNT I

48. SRDT incorporates by reference the responses to paragraphs 41 through 47 as though fully set forth herein.

49. Deny.

## COUNT II

50. SRDT incorporates by reference the responses to paragraphs 41 through 49 as though fully set forth herein.

51. Deny.

## COUNT III

52. SRDT incorporates by reference the responses to paragraphs 41 through 51 as though fully set forth herein.

53. Deny.

**WHEREFORE,** SRDT prays that judgment on Defendants be entered as follows:

    a.    For judgment in favor of SRDT and against Defendants on all requested relief;

    b.    That this case be decreed an "exceptional case" and SRDT is awarded reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

    c.    For costs of suit herein incurred;

    d.    For such other and further relief as the Court may deem just and proper.

DATED this Tuesday, May 27, 2008.

        JENS ERIK SORENSEN, as Trustee of
        SORENSEN RESEARCH AND DEVELOPMENT
        TRUST, Plaintiff

        /s/ J. Michael Kaler
        Melody A. Kramer, Esq.
        J. Michael Kaler
        Attorney for Plaintiff

**PROOF OF SERVICE**

I, J. Michael Kaler, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kaler Law Offices, 9930 Mesa Rim Road, Suite 200, San Diego, California, 92121.

On Tuesday, May 27, 2008, I served the following documents:

**PLAINTIFF'S REPLY TO COUNTERCLAIMS**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| James H. Shalek<br>Proskauer Rose LLP<br>1585 Broadway,<br>New York, NY 10036-8299<br>jshlek@proskauer.com | Informatics Holdings, Inc.<br>Datalogic Scanning, Inc.<br>Datalogic Scanning Holidngs, Inc. | Email - Pleadings Filed with the Court via ECF |
| Jonathan E. Rich<br>Proskauer Rose LLP<br>2049 Century Park East, 32nd Floor<br>Los Angeles, CA 90067-3206<br>jrich@proskauer.com | Informatics Holdings, Inc.<br>Datalogic Scanning, Inc.<br>Datalogic Scanning Holidngs, Inc. | Email - Pleadings Filed with the Court via ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

4.

Case No.08cv134 BTM CAB

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday, May 27, 2008, in San Diego, California.

/s/ J. Michael Kaler
J. Michael Kaler